# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2215
Lower Tribunal No. 2023-CA-002922-O

_____

ALISSA PETITFRERE,

Appellant,

v.

SUMMERFIELD MULTIFAMILY PARTNERS, LLC,

Appellee.

_____

Appeal pursuant to Fla. R. App. 9.130 from the County Court for Orange County.
Andrew L. Cameron, Judge.

May 31, 2024

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.

Alissa Petitfrere, Orlando, pro se.

William J. McCabe, Longwood, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED